20 So.2d 113

**CITY OF BIRMINGHAM v. Mary Jane COE.**

6 Div. 301.

Supreme Court of Alabama.

Dec. 14, 1944.

W. B. Harrison and Geo. P. Bondurant, both of Birmingham, for petitioner.

Harrison Kendrick, of Birmingham, opposed.

SIMPSON, Justice.

Petition of the City of Birmingham for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of City of Birmingham v. Coe, 31 Ala.App. 538, 20 So. 2d 110.

Writ denied. See City of Montgomery v. Quinn, ante, p. 153, 19 So.2d 529.

All Justices concur.